UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br><br>    Plaintiff,<br><br>v.<br><br>Salvadore D. Palermo,<br><br>    Defendants. | Civil Action No. 1:18-cv-03747-TCB |

## [PROPOSED] FINAL JUDGMENT

The Clerk of the Court having entered default against Salvadore D. Palermo ("Palermo"), and Plaintiff Securities and Exchange Commission ("Commission") having moved for a final default judgment against Palermo, and the Court having considered the submissions on the issue, for good cause shown, orders as follows:

I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Palermo, directly or indirectly, and his agents, servants, employees, attorneys, and all persons in active concert or participation with him who receive actual notice of the order by personal service or otherwise, and each of them, are permanently

restrained and enjoined from aiding and abetting violations of, directly or indirectly, Section 17(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rules 17a-3 and 17a-5 thereunder.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Palermo is liable for a civil penalty in the amount of $75,000 pursuant to Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] within 30 days after entry of this Judgment.

Defendant Palermo may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant Palermo may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Palermo as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant Palermo shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Defendant Palermo relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant Palermo. The Commission shall send the funds paid pursuant to this Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for civil penalty by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 30 days following entry of this Judgment. Defendant Palermo shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

IV.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Court's earlier Final Judgment issued on October 17, 2018 is vacated in its entirety.

SO ORDERED THIS 22nd day of October, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE